RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2025 OK 14
Decided: 03/03/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 14, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Certificates of Certified Shorthand Reporters
ORDER
The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the annual renewal requirements for 2025.
Pursuant to 20 O.S., Chapter 20, App. 1, Rules 20(c) and 23(d), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.
IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 3, 2025.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 3rd day of MARCH, 2025.
 
/S/CHIEF JUSTICE
Rowe, C.J., Kuehn, V.C.J., Winchester, Edmondson, Combs, Gurich, Darby and Kane, JJ., concur.
_______________________________________
 
CSR Exhibit A

Name

Reason

CSR #

Dennis Brown

CSR #139

Renewal Fee

Francine Dais

CSR #2000

Renewal Fee and Continuing Education

Joni Humphries

CSR #1236

Renewal Fee

Lorna Igert

CSR #844

Renewal Fee

Sherry Jones

CSR #1345

Renewal Fee and Continuing Education

Lisa Morgan

CSR #1658

Renewal Form and Continuing Education

Leslie Ruiz

CSR #1854

Renewal Fee and Continuing Education

Carrie Trout

CSR #159

Renewal Fee